STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Matthew Douglas McConnell
Elmore & McConnell
P. O. Box 52126
Lafayette LA 70505-2126

**REHEARING ACTION: December 9, 2009**

**Docket Number: 09   00320-CA**

**CLAUDIA ANNETTE SENAC
VERSUS
STATE FARM MUTUAL AUTO. INS. CO., ET AL.**

**Appealed from Lafayette Parish Case No. C-20066207**

**BEFORE JUDGES:**

   **Hon. Michael G. Sullivan
   Hon. Elizabeth A. Pickett
   Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Claudia Annette Senac** has this day been

   **DENIED.**

cc: Gretchen Heider Mayard, Counsel for the Appellee
    Katherine P. Martin, Counsel for the Appellee
    Kenny Layne Oliver, Counsel for the Appellee
    David Oliver Way, Counsel for the Appellee